UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBER EBOT WATTSON,<br><br>       Plaintiff,<br><br>   v.<br><br>CONTRA COSTA COUNTY SHERIFF.COM, et al.,<br><br>       Defendants. | Case No.  14-cv-01690-MEJ<br><br>**ORDER RE: IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 3 |

On April 11, 2014, Plaintiff Cyber Ebot Wattson filed the above-captioned case, as well as an Application to Proceed In Forma Pauperis.  In the application, Plaintiff declares $840 monthly income from "Cybernetic Controller Cop Operatives/Social Security Administration."  Cyber Ebot Wattson also declares that Plaintiff owns a home with no mortgage, a "Cyber Machine" from "Cyber Electronics," and "intellectual property in uscourts Diversity cybernet."  Plaintiff signs the application as "Cyber Ebot," "not under penalty of perjury."  In order to resolve Plaintiff's application, the Court requires the following additional information:

1) Plaintiff must provide a full legal name.  If Plaintiff's legal name is Cyber Ebot Wattson, Plaintiff must provide documentation confirming this identity.

2) Plaintiff states that Plaintiff owns a home without a mortgage, but states monthly expenses totaling $840, which happens to be the exact amount of income from Cybernetic Controller Cop Operatives/Social Security Administration.  Plaintiff must provide a further breakdown of monthly expenses, as instructed on the application.

3) Plaintiff must provide an explanation, including estimated value, of the following assets: "Cyber Machine" from "Cyber Electronics," and "intellectual property in

1         uscourts Diversity cybernet."

2     4)     Plaintiff declares that the present complaint raises claims that have been presented in other lawsuits. Plaintiff must list the case name, case number, and the name of the court in which any such cases were filed.

5     5)     Plaintiff must provide a further declaration, attesting under penalty of perjury that (a) all information in the April 11, 2014 Application to Proceed In Forma Pauperis is true and correct; and (b) all information submitted in response to this Order is true and correct.

Plaintiff Cyber Ebot Wattson must file a response by April 25, 2014. Plaintiff is directed to type or handwrite the response in a legible manner.

**IT IS SO ORDERED.**

Dated: April 15, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge