UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBER EBOT WATTSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONTRA COSTA COUNTY SHERIFF.COM<br>et al,<br><br>　　　　　Defendant.　　　　　／ | Case Number: CV14-01690 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cyber Ebot Wattson
P.O. Box 11406
Berkeley, CA 94712

Dated: April 15, 2014

Richard W. Wieking, Clerk
　By: Chris Nathan, Deputy Clerk